# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00740-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JEREMY GARCIA**,

    Applicant,

v.

**MATTHEW HANSEN**, Acting Warden; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, a Colorado state prisoner, has submitted to the court a habeas corpus action challenging a Colorado state court conviction.  Therefore, this habeas corpus action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _XX_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments

(7) \_\_ is missing an original signature by the prisoner
(8) \_\_ is not on proper form (must use the court's current form)
(9) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_ other:

**Complaint, Petition or Application**:
(11) \_\_ is not submitted
(12) \_\_ is not on proper form
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ names in caption do not match names in text
(17) \_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_ other: _____.

Accordingly, it is

**ORDERED** that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 10, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge