IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00740-GPG

**JEREMY GARCIA**,

    Applicant,

v.

**MATTHEW HANSEN**, Acting Warden; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Motion to Accept Rebutal [sic] to the Preanswer [sic] Response, ECF No. 15, is **GRANTED**.

Dated:  September 29, 2015